**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DARIN TYRONE RONE
ADC # 120531                                                                                                                PLAINTIFF

V.                                        5:05CV00292 SWW/HDY

MARCO AVANT, Corporal, East Arkansas Regional
Unit; LARRY NORRIS, Director, Arkansas Department of Correction;
MRS. YARBROUGH, Arkansas Department of Correction;
T. COMPTON, Grievance Officer, Arkansas Department of
Correction; R. HOBBS, Assistant Director, Arkansas Department
of Correction; DR. ANDERSON, Arkansas Department of Correction;
G. HARMON, Warden, East Arkansas Regional Unit, Arkansas
Department of Correction; BANKS, Warden, East Arkansas Regional
Unit, Arkansas Department of Correction; E. WILLIAM, Major,
East Arkansas Regional Unit, Arkansas Department of Correction;
SANDERS, Sgt., East Arkansas Regional Unit, Arkansas Department of
Correction; WATSON, Assistant Warden, East Arkansas Regional Unit,
Arkansas Department of Correction; MAX MOBLEY, Assistant Warden,
East Arkansas Regional Unit, Arkansas Department of Correction; GOLAZZ,
Corporal, East Arkansas Regional Unit, Arkansas Department of Correction;
G. HARRIS, Warden, Varner Super Max, Arkansas Department of
Correction; NURSE ROOKS, Varner Super Max, Arkansas Department
of Correction; and DR. SHAN, Varner Super Max,
Arkansas Department of Correction                                                                                DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 16th day of November, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE